LAWRENCE G. BROWN
Acting United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
ELIZABETH FIRER
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone:  (415) 977-8943
    Facsimile:  (415) 744-0134
    E-Mail: Elizabeth.Firer@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SACRAMENTO DIVISION**

| | |
|---|---|
| BAO MOUA, ) | CIVIL NO. 2:08-CV-01941-DAD |
|     Plaintiff, ) | |
|       v. ) | STIPULATION AND ORDER |
| MICHAEL J. ASTRUE, ) Commissioner of ) Social Security, ) | |
|     Defendant. ) | |

    The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have a FIRST extension of time of 30 days, up to and including August 5, 2009, to respond to Plaintiff's motion for summary judgment.  This request is due to a heavy work load occasioned, in part, by staffing shortages in the Commissioner's regional office.  In the months of April and June, 2009, 4 attorneys have departed for other jobs or have been transferred to positions that do not include briefing and another has gone on unexpected and indefinite medical leave. All of the cases assigned to these attorneys have been reassigned, sometimes with little notice, and this has resulted in a unusually heavy work load for the undersigned Special Assistant United States Attorney.  In the month of June, she had 11 district court briefs and an appellate brief due; on July 6,

2009, she has four district court briefs due including this one. Due to this work load, the Commissioner's brief cannot be completed within the original time frame.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: July 5, 2009

/s/ *Bess Brewer*
(As authorized via email)
BESS BREWER
Attorney for Plaintiff

Dated: July 5, 2009

LAWRENCE G. BROWN
Acting United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

/s/ *Elizabeth Firer*
ELIZABETH FIRER
Special Assistant U.S. Attorney

Attorneys for Defendant

## ORDER

APPROVED AND SO ORDERED.

DATED: July 6, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.socsec/moua1941.ext.rsp