1  BENJAMIN B. WAGNER
   United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX,
3  Social Security Administration
   ELIZABETH FIRER
4  Special Assistant United States Attorney

5        333 Market Street, Suite 1500
         San Francisco, California 94105
6        Telephone: (415) 977-8937
         Facsimile: (415) 744-0134
7        Elizabeth.Firer@ssa.gov

8  Attorneys for Defendant

9                    UNITED STATES DISTRICT COURT
                     EASTERN DISTRICT OF CALIFORNIA
10
                            **SACRAMENTO DIVISION**
11

12  BAO MOUA,                            )
                                          )   CIVIL NO. 2:08-CV-01941 DAD
13         Plaintiff,                     )
                                          )
14         v.                             )   STIPULATION AND ORDER APPROVING
                                          )   SETTLEMENT OF ATTORNEY FEES
15  MICHAEL J. ASTRUE,                    )   PURSUANT TO THE EQUAL ACCESS TO
    Commissioner of                       )   JUSTICE ACT
16  Social Security,                      )
                                          )
17         Defendant.                     )
    _____ )

18

19         IT IS HEREBY STIPULATED by and between the parties, through their undersigned counsel,

20  subject to the Court's approval, that Plaintiff be awarded attorney fees under the Equal Access to Justice

21  Act (EAJA), 28 U.S.C. § 2412(d), in the amount of FOUR THOUSAND, TWO-HUNDRED,

22  SEVENTY-THREE DOLLARS AND THIRTY-ONE CENTS ($4,273.31). This amount represents

23  compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this

24  civil action, in accordance with 28 U.S.C. § 2412(d).

25         After the Court issues an order for EAJA fees and expenses to Plaintiff, the government will

26  consider the matter of Plaintiff's assignment of EAJA fees and expenses to Plaintiff's attorney. Pursuant

27  to <u>Astrue v. Ratliff</u>, 130 S.Ct. 2521 (U.S. June 14, 2010), the ability to honor the assignment will depend

28  on whether the fees and expenses are subject to any offset allowed under the United States Department

of the Treasury's Offset Program.  After the order for EAJA fees and expenses is entered, the government will determine whether they are subject to any offset.

Fees and expenses shall be made payable to Plaintiff, but if the Department of the Treasury determines that Plaintiff does not owe a federal debt, then the government shall cause the payment of fees, expenses and costs to be made directly to Bess M. Brewer, pursuant to the assignment executed by Plaintiff.  Any payments made shall be delivered to Plaintiff's counsel.

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees and expenses, and does not constitute an admission of liability on the part of Defendant under the EAJA. Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Plaintiff and/or Plaintiff's counsel may have relating to EAJA attorney fees and expenses in connection with this action.

This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. § 406, subject to the offset provisions of the EAJA.

Dated: August 10, 2010   */s/Bess M. Brewer*
                         *(As authorized via email)*

                         BESS M. BREWER
                         Attorney for Plaintiff

                         BENJAMIN B. WAGNER
                         United States Attorney

Dated: August 10, 2010   By: */s/ Elizabeth Firer*
                         ELIZABETH FIRER
                         Special Assistant United States Attorney

/////
/////
/////
/////
/////
/////
/////
/////

ORDER

Pursuant to the parties' stipulation, IT IS ORDERED that:

1. Plaintiff shall be awarded attorney fees pursuant to the Equal Access to Justice Act in the amount of FOUR THOUSAND, TWO-HUNDRED, SEVENTY-THREE DOLLARS AND THIRTY-ONE CENTS ($4,273.31), as authorized by 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation; and

2. Plaintiff's June 29, 2010 motion for an award of attorney's fees under the Equal Access to Justice Act (Doc. No. 29) is rendered moot in light of this order.

DATED: August 10, 2010.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1\orders.socsec\moua1941.stipord.attyfees.EAJA